STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RICHARD GARNER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Messrs. McKenzie & Hehl* and *Mr. Richard Garner, in propria persona* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

February 24, 1970. Denied.

GERHARD HUENIG, PLAINTIFF-PETITIONER, v. FORD MOTOR COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Weiner, Weiner & Glennon* for the petitioner.

*Mr. Verling C. Enteman* for the respondent.

February 24, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY MARINELLA, DEFENDANT-PETITIONER.

*Mr. Ralph J. Kmiec* for the petitioner.

*Mr. George F. Kugler, Jr.* and *Mr. Maurice Denbo* for the respondent.

February 24, 1970. Denied.